CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 0 6 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

|  |  |
|---|---|
| DELORES M. HACKWORTH, | CIVIL ACTION NO. 6:03-CV-110 |
| *Plaintiff,* |  |
| v. | ORDER |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, |  |
|  | JUDGE NORMAN K. MOON |
| *Defendant.* |  |

By standing order of the Court, this case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on January 7, 2005, recommending that this Court enter an Order denying the Commissioner's motion for summary judgment and granting the Plaintiff's motion for summary judgment. The Magistrate further recommended that this Court reverse this case and remand to the Commissioner for further administrative proceedings consistent with the Commissioner's obligations under Social Security Ruling 96-5p and 20 C.F.R. §§ 404.1527 and 404.1512.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety.

Accordingly, it is this day ORDERED that the Report and Recommendation of the

United States Magistrate Judge filed January 7, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: *[signature]*

U.S. District Court Judge

DATE: June 6, 2005